**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00178-CV**
_____

**TIMOTHY ENNIS DBA UPSTAGE DEVELOPERS
AND KATELYN BEST DBA UPSTAGE DEVELOPERS, Appellants**

**V.**

**ASHLEY CRAIG AND DEVIN CRAIG, Appellees**

_____

**On Appeal from the County Court at Law No. 6
Montgomery County, Texas
Trial Cause No. 22-12-17300-CV**
_____

**MEMORANDUM OPINION**

On April 4, 2024, Timothy Ennis dba Upstage Developers and Katelyn Best dba Upstage Developers filed a notice of appeal from a final judgment signed on April 29, 2024. *See* Tex. R. App. P. 27.1(a). But after perfecting their appeal Ennis and Best failed to file a brief.

On September 17, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Ennis and Best had not filed a brief and advised the parties that this

1

appeal would be submitted without briefs unless by September 27, 2024, Ennis and Best submitted a brief and a motion to extend the deadline to file their brief. We warned Ennis and Best that if the Court submitted their appeal without briefs that the Court could dismiss their appeal for want of prosecution.

On October 7, 2024, the Clerk notified the parties that on October 28, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Ennis and Best have not filed a brief in their appeal assigning any error to any of the trial court's rulings, we dismiss the appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 28, 2024
Opinion Delivered October 31, 2024

Before Golemon, C.J., Johnson and Wright, JJ.